IN THE UNITED STATES DISTRICT COURT IN AND FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

ANTONIO ACEVEDO,                                CASE NO.

    Plaintiff,

vs.

ACE AMERICAN INSURANCE COMPANY,

    Defendant.
_____/

## NOTICE OF REMOVAL

Defendant, ACE AMERICAN INSURANCE COMPANY, by and through its attorneys, DeMahy Labrador Drake Victor & Cabeza, P.A. and Sedgwick LLP, hereby files its Notice of Removal of this action to the United States District Court for the Southern District of Florida, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, and in support thereof states:

    1.    This Notice of Removal is based upon this Court's diversity jurisdiction under 28 U.S.C. § 1332(a).

    2.    Plaintiff filed his Complaint on November 1, 2013, captioned *Antonio Acevedo v. Ace American Insurance Company*, in the Miami-Dade Circuit Court, Case No. 2013-34411-CA-01. Plaintiff served his Complaint upon ACE AMERICAN INSURANCE COMPANY on December 31, 2013. *See* Copy of the State Court File, including Plaintiff's Summons and Complaint, attached as **Exhibit A**.

    3.    The Complaint named ACE AMERICAN INSURANCE COMPANY as a Defendant.

4. ACE AMERICAN INSURANCE COMPANY was incorporated in the State of Pennsylvania. Its principal place of business is in Philadelphia, Pennsylvania, and this is where a majority of its work is conducted.

5. For jurisdictional purposes, ACE AMERICAN INSURANCE COMPANY is a citizen of Pennsylvania.

6. Upon information and belief, at the time of the filing of the Complaint, Plaintiff was a citizen of the State of Florida.

7. In his Complaint, Plaintiff alleges that he is seeking an excess judgment for $16,494,198, which is in excess of $75,000.00, exclusive of interests and costs, as required by the jurisdictional minimum set forth in 28 U.S.C. § 1332(a).

8. This Notice is procedurally proper because Defendant, ACE AMERICAN INSURANCE COMPANY timely filed this notice within 30 days of receiving Plaintiff's Complaint, as required under 28 U.S.C. § 1446(b)(3); complete diversity exists under 28 U.S.C. § 1332(a) as Plaintiff and Defendant, ACE AMERICAN INSURANCE COMPANY are citizens of different states, Florida and Pennsylvania; and the amount in controversy exceeds $75,000, exclusive of interest and costs, under 28 U.S.C. § 1332(b).

9. Defendant, ACE AMERICAN INSURANCE COMPANY is providing Plaintiff with written notification of the Notice and is concurrently filing a copy with the Miami-Dade County Circuit Court in Florida, pursuant to 28 U.S.C. § 1446(a) and (d).

10. Under 28 U.S.C. § 1441, a defendant may remove the action to the district court of the United States for the district and division embracing the place where the action is pending. Plaintiff filed his Complaint in the Miami-Dade County Circuit Court,

Florida, and thus, this case is removable to the United States District Court for the South District of Florida.

WHEREFORE, Defendant, ACE AMERICAN INSURANCE COMPANY, hereby removes this action from the Miami-Dade County Circuit Court, Florida, Case. No. 13-34411-CA-01, to the United States District Court for the Southern District of Florida.

Dated: January 21, 2014.

Respectfully Submitted,

**DEMAHY LABRADOR DRAKE VICTOR & CABEZA**
*Co-Counsel for Defendant*
Alhambra Center – Penthouse
150 Alhambra Circle
Coral Gables, Florida 33134
Telephone: (305) 443-4850
Facsimile: (305) 443-5960

By: /s/ *Pete L. DeMahy*
    Pete L. DeMahy, Esquire
    Florida Bar Number: 241822
    E-Mail: pdemahy@dldlawyers.com

**Sedgwick, LLP**
225 Liberty Street
28th Floor
New York, New York 10281-1008
Telephone: (212) 898-4042
Fax: (212) 422-0925

By: /s/ *Joseph K. Powers*
    Joseph K. Powers, Esquire (*pro hac* to be filed)
    E-Mail: joseph.powers@sedgwicklaw.com

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that the foregoing has been electronically filed with the Clerk of the Court, Southern District of Florida, and that the foregoing document is being served on all counsel of record identified on the attached Service List, this 21st day of January, 2014.

/s/ *Pete L. DeMahy*
Pete L. DeMahy

## SERVICE LIST

**Acevedo, Antonio v. ACE American Insurance Company**
**United States District Court, Southern District of Florida**


**Ronald D. Rodman, Esquire**
*Attorney for Plaintiff, Antonio Acevedo*
Friedman, Rodman & Frank, P.A.
3636 West Flagler Street
Miami, Florida 33135

Telephone: (305) 448-8585

E-Mail: frflawservice@gmail.com


**Joseph K. Powers, Esquire**
Counsel for Defendant, ACE American Insurance Company
Sedgwick LLP
225 Liberty Street, 28th Floor
New York, New York 10281-1008

Telephone: (212) 898-4042
Fax: (212) 422-0925

E-Mail: joseph.powers@sedgwick.com