UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:14-cv-20235-MOORE/McALILEY

ANTONIO ACEVEDO,

    Plaintiff,

v.

ACE AMERICAN
INSURANCE COMPANY,

    Defendant.
_____/

## PLAINTIFF'S NOTICE OF SETTLEMENT

Plaintiff, ANTONIO ACEVEDO, notifies the Court that the above case was settled at mediation on November 4, 2014. The parties will file a joint stipulation for dismissal after the terms of the settlement agreement have been performed.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by email on November 7th, 2014 on all counsel or parties of record on the Service List below.

                                                s/ Pamela Beckham
                                                PAMELA BECKHAM
                                                Florida Bar No. 359998
                                                pambeckhamlaw@aol.com
                                                Beckham & Beckham, P.A.
                                                1550 Northeast Miami Gardens Drive
                                                Suite 504
                                                Miami, Florida 33179
                                                Telephone 305-957-3900
                                                Facsimile 305-940-8706
                                                Additional counsel for Plaintiff,
                                                 Antonio Acevedo

**SERVICE LIST**

**Acevedo v. ACE Am. Ins. Co.,**
**No. 1:14-cv-20235-MOORE/McALILEY (S.D. Fla. filed Jan. 21, 2014).**

Pamela Beckham, Attorney at Law
pambeckhamlaw@aol.com
Beckham & Beckham, P.A.
1550 Northeast Miami Gardens Drive
Suite 504
Miami, Florida 33179
Telephone 305-957-3900
Facsimile 305-940-8706
Additional counsel for Plaintiff,
 Antonio Acevedo

Pete L. DeMahy, Esquire
pdemahy@dldlawyers.com
DeMahy Labrador Drake Victor Payne & Cabeza
150 Alhambra Circle
Alhambra Center–Penthouse
Coral Gables, Florida 33134-1691
Telephone 305-443-4850
Facsimile 305-443-5960
Attorneys for Defendant,
 ACE American Insurance Co.

Raquel Y. Lao, Attorney at Law
raquellao@gmail.com
Friedman, Rodman & Frank, P.A.
3636 West Flagler Street
Miami, Florida 33135-1030
Telephone 305-448-8585
Facsimile 305-448-9818
Attorneys for Plaintiff, Antonio Acevedo

Joseph K. Powers, Esquire
joseph.powers@sedgwicklaw.com
Sedgwick, L.L.P.
225 Liberty Street
28th Floor
New York, New York 10281
Telephone 212-422-0202
Attorneys for Defendant,
ACE American Insurance Co.

Ronald D. Rodman, Esquire
ronrod36@aol.com
Friedman, Rodman & Frank, P.A.
3636 West Flagler Street
Miami, Florida 33135-1030
Telephone 305-448-8585
Facsimile 305-448-9818
Attorneys for Plaintiff, Antonio Acevedo

John Freud, Esq.
Mediation Solutions, Inc.
Museum Tower, Suite 2700
150 West Flagler Street
Miami, Florida 33130
jfreud@msolinc.net