UNITED STATES DISTRICT COURT
IN AND FOR THE SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO.: 1:14-CV-20235-KMM

Antonio Acevedo,

    Plaintiff,

v.                                              MEDIATOR'S REPORT

Ace American Insurance Company,

    Defendant.
_____/

    Mediator, John S. Freud, files this Mediator's Report, and states:

1. The parties and/or their respective counsel and/or representative(s), attended mediation on 11/4/2014.

2. The above matter resolved, subject to the terms of the parties written settlement agreement.

3. All matters discussed at the mediation shall remain privileged and confidential, unless otherwise agreed by all parties. Each party and/or counsel shall pay their agreed share of the Mediation fees and costs. This Report will be supplemented as circumstances dictate. The Court shall retain jurisdiction concerning the Mediation process and/or Mediation fees and costs.

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and correct copy of the foregoing will be electronically served on the 8th day of November, 2014, upon counsel of record.

    MEDIATION SOLUTIONS, INC.
    Museum Tower, Suite 2700
    150 West Flagler Street
    Miami, FL 33130
    Telephone: (305) 371-9120
    Facsimile: (305) 371-9197
    Cell: (305) 725-0827
    Jfreud@msolinc.net

    By: /s/ John S. Freud
        JOHN S. FREUD - Mediator
        FL BAR NO. 328308

10600-033/JSF:jsf