IN THE UNITED STATES DISTRICT COURT IN AND FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case Number: 1:14-cv-20235-KMM

ANTONIO ACEVEDO

    Plaintiff,

vs.

ACE AMERICAN INSURANCE COMPANY,

    Defendant.
_____/

## JOINT STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

IT IS STIPULATED AND AGREED by and between the respective parties and by their undersigned attorneys, that the above cause be dismissed with prejudice as to Defendant, ACE AMERICAN INSURANCE COMPANY each party to bear their own attorney's fees and costs by heretofore and herein incurred.

DATED this _19th__ day of ____November_, 2014.

| | |
|---|---|
| s/Pete DeMahy | s/Ronald Rodman |
| PETE DEMAHY, ESQUIRE | RONALD D. RODMAN, ESQUIRE |
| COUNSEL FOR DEFENDANT | COUNSEL FOR PLAINTIFF |
| DEMAHY, LABRADOR, et al. | FRIEDMAN, RODMAN & FRANK |
| 150 ALHAMBRA CIRCLE, PH | 3636 WEST FLAGLER STREET |
| CORAL GABLES, FL 33134 | MIAMI, FL 33135 |
| | |
| s/ Joseph Powers | s/Pamela Beckham |
| JOSEPH POWERS, ESQUIRE | PAMELA BECKHAM, ESQUIRE |
| SEDGWICK, LLP | BECKHAM & BECKHAM, P.A. |
| 225 LIBERTY ST #28TH FLOOR | 1550 NE MIAMI GARDENS DR. #504 |
| NEW YORK, NY 10281 | NORTH MIAMI BEACH, FL 33179 |

IN THE UNITED STATES DISTRICT COURT IN AND FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case Number: 1:14-cv-20235-KMM

ANTONIO ACEVEDO

    Plaintiff,

vs.

ACE AMERICAN INSURANCE COMPANY,

    Defendant.
_____/

## ORDER OF DISMISSAL

THIS CAUSE coming on to be heard upon the above and foregoing Stipulation, and the Court having been otherwise advised in the premises thereof, it is thereupon

CONSIDERED, ORDERED AND ADJUDGED that the above and foregoing cause be and the same is hereby dismissed with prejudice as to Defendant, ACE AMERICAN INSURANCE COMPANY, and that each party shall bear its own attorney's fees and costs.

DONE AND ORDERED at _____ County, Florida, this _____ day of _____, 2014.

_____
HONORABLE K. MICHAEL MOORE

Copies furnished:
Ronald D. Rodman, Esquire
Pamela Beckham, Esquire
Joseph Powers, Esquire
Pete DeMahy, Esquire